# PD-1615-15

CAUSE NO._____

RECEIVED

DEC - 7 2015

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 10 2015

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

THOMAS A. AMBRIATI,            v.      THE STATE OF TEXAS

Petitioner                                    Respondent

FILED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME TO FILE
## PRO SE PETITION FOR DISCRETIONARY REVIEW
☆☆☆☆☆
**From the Ninth Court of Appeals, No. 09-15-00065-CR,
and the Criminal District Court
for Jefferson County, Cause No. 11-11408**

TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL

APPEALS:

Comes now, THOMAS A. AMBRIATI (Pro se), in the

above styled cause, and humbly requests of this Court

to "Extend the Time" allotted him to file his Pro se

Petition of Discretionary Review, for review and

reconsideration of the Judgment of the Ninth Court of

Appeals, affirming the Jefferson County Criminal

District Court's denial of his Ch. 64 Motion for Post-

Conviction DNA Testing/Re-Testing. Judgment and Opinion was delivered by Justice Leanne Johnson on November 12, 2015.

## PRAYER

The Petitioner prays this Court grant this Motion to Extend the Time for which the Petition for Discretionary Review is due.

Respectfully Submitted,

Date: 12/3/2015

Thomas A. Ambriati, Pro se
TDCJ ID #01760718
Wm. G. McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102